IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00527-REB-MJW

LLOYD D. SLOAN,

Plaintiff,

v.

MICHAEL V. PUGH et al.,

Defendants.

---

ORDER
( Docket 16 )

---

It is hereby ordered that the Unopposed Motion to Vacate and Reschedule Settlement Conference is GRANTED. The settlement conference set for August 5, 2005, at 1:30 p.m. is VACATED and RESET on the 8th day of September, 2005 at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th St., Denver, Colorado. Confidential settlement statements are due to Magistrate Judge Watanabe via email at Watanabe_Chambers@cod.uscourts.gov by the 1st day of September 2005.

UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE