# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00527-REB-MJW

LLOYD D. SLOAN,

    Plaintiff,

v.

MICHAEL V. PUGH,
RANDY M. WATSON,

    Defendants.

---

## ORDER
(Docket No. 47)

---

The Court, having reviewing the Unopposed Motion to Stay Discovery and Modify Scheduling Order, and being fully advised of its premises, hereby

GRANTS the Unopposed Motion to Stay Discovery and Modify Scheduling Order; and further

ORDERS that discovery shall be stayed in this case until after the January 26, 2006 Settlement Conference; and further

ORDERS that the Scheduling Order shall be modified such that the deadline for written discovery is March 23, 2006, and the deadline for the filing of dispositive motions is April 20, 2006; and further

ORDERS that the Federal Officers shall have up to and including February 2, 2006 in which to respond to the pending discovery requests.

SO ORDERED this 10th day of January, 2006.

By the Court

_/s/ Michael J. Watanabe_
~~United States District Court Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE