**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00527-REB-MJW

LLOYD D. SLOAN,

    Plaintiff,

v.

MICHAEL V. PUGH, and
RANDY M. WATSON,

    Defendants.
_____

### ORDER OF DISMISSAL
_____

**Blackburn, J.**

On February 6, 2006, the parties filed a **Stipulation to Dismiss With Prejudice** [#57].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation to Dismiss With Prejudice** [#57] filed on February 6, 2006, is **APPROVED**;

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for August 18, 2006, is **VACATED**; and

4. That the trial to court set to commence September 4, 2006, is **VACATED**.

Dated February 6, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**